**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01432-CR

**AYOUAL AKOUT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-12-60792-N**

## ORDER

We **GRANT** the State's second motion for extension of time to file response brief and

**ORDER** the brief tendered to the Court on December 3, 2014 filed as of the date of this order.


/s/      ADA BROWN
JUSTICE